UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DAVID KENT,

       Plaintiff,                              Case No. 18-cv-10646
                                          Hon. Matthew F. Leitman

v.

THE BANK OF NEW YORK
MELLON, et al.,

       Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff,

this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: October 17, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2018, by electronic means and/or ordinary mail.

                                    s/Holly A. Monda
                                    Case Manager
                                    (810) 341-9764